IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JAMES M. GARDNER**                                                                    **PETITIONER**

v.                                                            No. 3:23CV51-MPM-JMV

**PANOLA COUNTY, MISSISSIPPI**
**TATE COUNTY, MISSISSIPPI**
**MISSISSIPPI DEPT OF CORRECTIONS**                          **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by the State to dismiss the instant petition for a writ of *habeas corpus* is **GRANTED**, and petition is **DISMISSED**.

The petitioner's claims challenging his original plea and sentences are **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d) and, alternatively, as procedurally defaulted.

The petitioner's claims challenging the revocation of his PRS are **DISMISSED** with prejudice for want of substantive merit.

The petitioner's claims regarding the conditions of his confinement are **DISMISSED** without prejudice for failure to state a valid *habeas corpus* claim.

The petitioner's request for an evidentiary hearing is **DENIED**.

**SO ORDERED**, this, the 1st day of June, 2023.

                                                                   /s/ Michael P. Mills
                                                                   UNITED STATES DISTRICT JUDGE
                                                                   NORTHERN DISTRICT OF MISSISSIPPI